HONORABLE RICARDO S. MARTINEZ
HONORABLE DAVID W. CHRISTEL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS PORTER, Individually,<br>Plaintiff,<br>v.<br>HULCHER SERVICES, INC., a TEXAS corporation,<br>Defendant. | No. 2:21-cv-01488 RSM-DWC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Defendant Hulcher Services, Inc. ("Defendants"), and Plaintiff Thomas Porter ("Plaintiff"), by and though their respective counsel, hereby stipulate, agree, and request and that all of Plaintiff's claims and causes of action in the above-captioned matter be dismissed with prejudice and with each party to bear their own attorney fees and costs.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 11th day of October, 2022.

JACKSON LEWIS P.C.

By: s/ Sherry L. Talton
Sherry L. Talton, WSBA #42780
Megan Burrows Carpenter, WSBA #45941
520 Pike Street, Suite 2300
Seattle, WA 98101
Sherry.Talton@jacksonlewis.com
Megan.Carpenter@jacksonlewis.com

Counsel for Defendant Hulcher Services, Inc.

LAW OFFICE OF THADDEUS P. MARTIN

By: ______________________
Thaddeus P. Martin, WSBA #28175
3015 Bridgeport Way West
University Place, WA 98466
tmartin@thadlaw.com

Counsel for Plaintiff Thomas Porter

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Stipulated Motion for Dismissal, is hereby **GRANTED**.

DATED this 17th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(2:21-cv-01488 RSM-DWC) - 2

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

Thaddeus P. Martin
Law Office of Thaddeus P. Martin
3015 Bridgeport Way West
University Place, WA 98466
253.682.3420
tmartin@thadlaw.com
heather@thadlaw.com
Counsel for Plaintiff

☒ via CM/ECF System
☐ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: ______________________

DATED this 13th day of October, 2022.

Susan Grimes

4888-4505-1190, v. 1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(2:21-cv-01488 RSM-DWC) - 3

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404